UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.  3:07-CR-78 |
| | ) | |
| JOSE MEDINA | ) | |

ORDER

No objections have been filed to Magistrate Judge Nuechterlein's findings and recommendations upon a plea of guilty issued on November 15, 2007 [Doc. No. 18]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jose Medina's plea of guilty, and FINDS the defendant guilty of Counts 1 and 11 of the Indictment, in violation of 18 U.S.C. §§ 1028(a)(1) and 1028(A).

SO ORDERED.

ENTERED:    December 4, 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court